**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JOAN JOHNSON,**
***Executor of the Estate of Darez Duff, Deceased,***

**Plaintiff,**

**v.**

**STATE OF OHIO, *et al.*,**

**Defendants.**

**Civil Action 2:24-cv-1527**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

**ORDER**

This matter is before the Court on Plaintiff's Motion to Compel Discovery (ECF No. 83) and Motion for Status Conference (ECF No. 84) to discuss discovery disputes. Plaintiff's Motions are untimely. The discovery period in this matter closed on September 10, 2026. (ECF No. 72.) The Preliminary Pretrial Order provides that the parties must "file any motions relating to discovery within the discovery period." (Prelim. Pretrial Order 2, ECF No. 66.) Plaintiff has not provided any justification for her failure to seek assistance from the Court prior to the September 10, 2026 deadline.

Plaintiff's Motions (ECF No. 83–84) are therefore **DENIED WITHOUT PREJUDICE**. Plaintiff must move for and obtain an extension of the case schedule under Federal Rule of Civil Procedure 16(b)(4) before the Court will entertain any discovery disputes. Plaintiff is further reminded that, per the Preliminary Pretrial Order, "[i]f the parties are unable to reach an

agreement on any matter related to discovery, prior to filing a motion, they are directed to arrange an informal conference with the Court."

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE